Debtor name **San Francisco Care Center, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) **25-30025-DM-11**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|
   | 2. **Cash on hand** | | | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bank of America | Checking | 3516 | $36,231.71 |
   | 3.2. | Bank of America | Checking | 4380 | $2,158.99 |
   | 3.3. | Bank of America | Deposit Account | 2032 | $5,941.71 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $44,332.41
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor  **San Francisco Care Center, LP**  Case number *(If known)* **25-30025-DM-11**
        Name

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:    **36,010.98**    -    **0.00**    = ....    **$36,010.98**
                                 face amount             doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                **$36,010.98**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** See attached list of Estimated Personal Property | | $70,800.00 | Comparable sale | $70,800.00 |

23. **Total of Part 5.**                                                                                **$70,800.00**

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor  **San Francisco Care Center, LP**  Case number *(If known)* **25-30025-DM-11**
      Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---:|---|---:|
| 39. | **Office furniture**<br>Desks (4), chairs (8), filing cabinets (4) | $800.00 | Comparable sale | $800.00 |
| 40. | **Office fixtures**<br>Lighting | $500.00 | Comparable sale | $500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Desktop computers (4), telephones (5) | $500.00 | Comparable sale | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**      **$1,800.00**
Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☒ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---:|---|---:|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2005 Ford Passenger Van | $3,200.00 | Comparable sale | $3,200.00 |

Debtor  **San Francisco Care Center, LP**  Case number *(If known)* **25-30025-DM-11**
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $3,200.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1035 Van Ness Avenue<br>San Francisco, CA 94109 | Fee simple | Unknown | Appraisal | $30,000,000.00 |

56. **Total of Part 9.** $30,000,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

Debtor **San Francisco Care Center, LP**  
Name

Case number *(If known)* **25-30025-DM-11**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites<br>www.the AvenueSF.com | $5,000.00 | N/A | $5,000.00 |
| 62. Licenses, franchises, and royalties<br>RCFE Assisted Living License | $150,000.00 | Comparable sale | $150,000.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill<br>Assisted Living Facility for 20 years | $5,000,000.00 | N/A | $5,000,000.00 |

66. **Total of Part 10.**   $5,155,000.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 11:   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **San Francisco Care Center, LP**  Case number *(If known)* **25-30025-DM-11**
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,332.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,010.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $70,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $30,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,155,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,311,143.39 | + 91b. $30,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,311,143.39 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

Case: 25-30025    Doc# 48    Filed: 01/28/25    Entered: 01/28/25 16:03:40    Page 6 of 20

## Estimated Personal Property

|  |  | Estimate |
|---|---|---|
| **Activities Area** | | |
| 10 | Folding Tables | |
| 20 | Folding Chairs | |
| 1 | Birdcage | |
| | | $ 500.00 |
| **Business Office** | | |
| 4 | Office Desk | |
| 2 | Drawer File Cabinets | |
| 6 | Office Chairs | |
| 6 | Computer Systems | |
| 2 | Shelves | |
| 2 | Wall Paintings | |
| 6 | Telephones | |
| | | $ 1,500.00 |
| **Common Areas** | | |
| 1 | Conference Table | |
| 2 | Credenza | |
| 8 | Paintings | |
| 2 | Sofa | |
| 4 | Artificial Silk Plants | |
| 8 | Arm Chairs | |
| 1 | Bench | |
| | | $ 4,300.00 |
| **Dining Room** | | |
| 20 | Dining Table | |
| 80 | Dining Chairs | |
| 2 | Credenza | |
| 8 | Wall Paintings | |
| 2 | Artificial Silk Plants | |
| | | $ 5,700.00 |
| **Private Dining Room** | | |
| 1 | Dining Table | |
| 10 | Dining Chairs | |
| 1 | Mirror | |
| 2 | Painting | |
| 4 | Artificial Silk Plants | |
| 1 | China Cabinet | |
| 1 | Serving Table | |
| | | $ 2,350.00 |
| **Kitchen Equipment** | | |
| 3 | Food Carts | |
| 1 | Microwave | |
| 1 | Toaster | |

|     |                       |              |
| --- | --------------------- | ------------ |
| 1   | 30qt Mixer            |              |
| 1   | Slicer                |              |
| 1   | Food Processor        |              |
| 2   | Utilities Cart        |              |
| 4   | Metal Storage Shelving|              |
| 100 | Plates & Silverware   |              |
| 15  | Pots & Pans           |              |
|     |                       | $ 4,140.00   |

Medical Equipment

|     |              |              |
| --- | ------------ | ------------ |
| 30  | Wheelchair   |              |
| 28  | Hospital Beds|              |
| 10  | Hoyer Lifts  |              |
| 50  | Walkers      |              |
|     |              | $ 15,900.00  |

Outdoor Furniture

|     |                |            |
| --- | -------------- | ---------- |
| 18  | Wooden Planters|            |
| 2   | Patio Chairs   |            |
| 1   | Patio Table    |            |
|     |                | $ 960.00   |

Resident Laundry Room

|     |         |           |
| --- | ------- | --------- |
| 5   | Washer  |           |
| 5   | Dryer   |           |
|     |         | $ 2,000.00|

Resident Rooms

|     |               |            |
| --- | ------------- | ---------- |
| 13  | Nightstand    |            |
| 23  | Bed Frame     |            |
| 90  | Refridgerators|            |
| 90  | Microwaves    |            |
| 15  | TVs           |            |
| 25  | Mattress      |            |
| 25  | Lamps         |            |
| 20  | Dresser       |            |
| 40  | Paintings     |            |
|     |               | $ 33,450.00|
|     |               | **$ 70,800.00** |

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Lenox Mortgage IX, LLC**<br>Creditor's Name<br><br>**67 Hunt Street**<br>**Agawam, MA 01001**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**02/04/2002**<br>**Last 4 digits of account number**<br>**5342**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**1035 Van Ness Avenue**<br>**San Francisco, CA 94109**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $18,744,107.24 | $30,000,000.00 |
| **2.2** **Vedder Price**<br>Creditor's Name<br><br>**1 Post Street, Suite 2400**<br>**San Francisco, CA 94109**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/1/2025**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**1035 Van Ness Avenue**<br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $132,655.13 | $30,000,000.00 |

Debtor **San Francisco Care Center, LP**  
Name  
Case number (if known) **25-30025-DM-11**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$18,876,762.37**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name: **San Francisco Care Center, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): **25-30025-DM-11**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                                                                                                                                                     | Total claim | Priority amount |
|-----|-----|-----|-----|
| 2.1 | **Priority creditor's name and mailing address**<br>Bonifacio, Elisa A.<br>1236 Geneva Avenue, Apt. 1<br>San Francisco, CA 94112<br><br>Date or dates debt was incurred<br>**1/1 thru 1/14/25**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,529.50 | $1,529.50 |
| 2.2 | **Priority creditor's name and mailing address**<br>Chen, Yong X.<br>106 Lathrop Avenue<br>San Francisco, CA 94134<br><br>Date or dates debt was incurred<br>**1/1/ thru 1/14/2025**<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $1,998.75 | $1,998.75 |

| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Han, Mindy**<br>**96 Athens Street**<br>**San Francisco, CA 94112-1602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,833.34 | $5,833.34 |
| | Date or dates debt was incurred<br>**1/1 thru 1/14/25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Kuang, Mie M.**<br>**479 4th Avenue**<br>**San Francisco, CA 94118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92.25 | $92.25 |
| | Date or dates debt was incurred<br>**1/1/ thru 1/14/25** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Lee, Melvin**<br>**1998 Broadway Street, Apt. 1103**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,200.00 | $3,200.00 |
| | Date or dates debt was incurred<br>**1/1 thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Lim, Yoon**<br>**501 Crescent Way, Apt. 5205**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,351.13 | $2,351.13 |
| | Date or dates debt was incurred<br>**1/1 to 1/14 2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 25-30025   Doc# 48   Filed: 01/28/25   Entered: 01/28/25 16:03:40   Page 12 of 20

| 2.7 | Priority creditor's name and mailing address<br>**Tan, Liyun**<br>**263 Napleas Street**<br>**San Francisco, CA 94112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $352.00 | $352.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1 thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Tan, Michelle Yue Qiao**<br>**126A 26th Avenue**<br>**San Francisco, CA 94118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,460.00 | $1,460.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1 thru 1/14 2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Wong, Freddy**<br>**934 Flint Avenue**<br>**Concord, CA 94518** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,041.67 | $6,041.67 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1 thru 1/14 2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Wong, Teresa**<br>**1035 Van Ness Avenue**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,900.00 | $4,900.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1 thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>**Wu, Xiuhong**<br>**16 Francis street**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$910.00** | **$910.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1 thru 1/14 2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Yip, Lai Fong**<br>**31 Whittier Street**<br>**San Francisco, CA 94112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,071.88** | **$2,071.88** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1/ thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Yu, Allen**<br>**4258 Macedo Place**<br>**Santa Clara, CA 95054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,250.00** | **$6,250.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1/ thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Yu, Huan J**<br>**767 29th Avenue**<br>**San Francisco, CA 94121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,735.50** | **$1,735.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1/ thru 1/14/2025** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
|---|---|---|---|

| 2.15 | Priority creditor's name and mailing address<br>**Zhu, Feng Lian**<br>**340 Eddy Street, Apt. 608** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,014.01 | $1,014.01 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/1/ thru 1/14/2025**<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**Amy, Luke & Michael Chung**<br>**639 Teresita Boulevard**<br>**San Francisco, CA 94127**<br>Date(s) debt was incurred **6/15/2024**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Loan from limited partner**<br>Is the claim subject to offset? ■ No  ☐ Yes | $246,666.69 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bowblis Economic Consulting, LLC**<br>**P.O. Box 163**<br>**Oxford, OH 45056**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Expert Witness Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $66,500.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Connie Y.M. Chan and Alan Chan**<br>**6093 Kolb Ranch Drive**<br>**Pleasanton, CA 94588**<br>Date(s) debt was incurred **9/1/2024**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Loan from limited partner**<br>Is the claim subject to offset? ■ No  ☐ Yes | $61,666.69 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**D-Scheme Studio**<br>**222 8th Street**<br>**San Francisco, CA 94103**<br>Date(s) debt was incurred **4/17/2023**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Architectural fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,947.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Farella Braun & Martel, LLP**<br>**One Bush Street**<br>**San Francisco, CA 94104-4415**<br>Date(s) debt was incurred **12/12/2024**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $49,758.99 |

| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Kitty and Okki Tranggana**<br>**1280 Roble Road**<br>**Millbrae, CA 94030**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Loan from limited partner**<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,666.69** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Kwong C.L. & Christine L.S. Tsui Trust**<br>**143 Mitchell Avenue**<br>**South San Francisco, CA 94080**<br>Date(s) debt was incurred **1/12/2005**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Loan from limited partner**<br>Is the claim subject to offset? ■ No ☐ Yes | **$98,665.69** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Law Offices of Marc Libarle**<br>**1388 Sutter Street, Suite 941**<br>**San Francisco, CA 94109**<br>Date(s) debt was incurred **1/3/2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,102.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Leslie Hui & Mavis Poon**<br>**4 Belmont Drive**<br>**Daly City, CA 94015**<br>Date(s) debt was incurred **9/1/2004**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Loan from limited partner**<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,666.69** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Luke J. Chung**<br>**639 Teresita Blvd.**<br>**San Francisco, CA 94127**<br>Date(s) debt was incurred **3/5/2005**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Loan from limited partner**<br>Is the claim subject to offset? ■ No ☐ Yes | **$123,333.31** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Michael Chung**<br>**639 Teresita Boulevard**<br>**San Francisco, CA 94127**<br>Date(s) debt was incurred **3/8/2006**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Loan from limited partner**<br>Is the claim subject to offset? ■ No ☐ Yes | **$133,200.07** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Millstein & Associates**<br>**100 The Embarcadero, Penthouse Suite**<br>**San Francisco, CA 94105**<br>Date(s) debt was incurred **3/13/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Attorneys' fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$255,451.63** |

| | | | |
|---|---|---|---|
| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Nails, Gruber & Niece LLP<br>1700 S. El Camino Real, Suite 150<br>San Mateo, CA 94402<br><br>Date(s) debt was incurred  8/1/2019<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Legal fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$42,999.78** |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Pasaca Capital, Inc.<br>800 E. Colorado Blvd., Suite 900<br>Pasadena, CA 91101<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unsecured loan<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$554,041.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Paul P.H. Shen & Mazie Shen Living Trust<br>1129 Murchison Drive<br>Millbrae, CA 94030<br><br>Date(s) debt was incurred  2/10/2003<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Loan from limited partner<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$134,600.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Teresa Wong<br>1035 Van Ness Avenue<br>San Francisco, CA 94109<br><br>Date(s) debt was incurred  1/19/2024<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan from limited partner<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$64,900.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Van Ness Care Center, Inc.<br>1015 Van Ness Avenue<br>San Francisco, CA 94109<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Management fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,506,396.26** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Zaks, Feedman & Patterson<br>235 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br><br>Date(s) debt was incurred  11/3/2022<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Legal fees<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,457.50** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Debtor **San Francisco Care Center, LP**
Name

Case number (if known) **25-30025-DM-11**

|  | Total of claim amounts |
|---|---|
| 5a. Total claims from Part 1 | 5a. $ 39,740.03 |
| 5b. Total claims from Part 2 | 5b. + $ 7,476,019.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ 7,515,760.02 |

Fill in this information to identify the case:

Debtor name: **San Francisco Care Center, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): **25-30025-DM-11**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining: **month to month** | **14 Resident Admission Contracts** |
| | List the contract number of any government contract | **Privileged under HIPAA Privacy Laws** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Phone and internet services** |
| | State the term remaining: **2 years** | **AT & T**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197** |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator maintenance and services** |
| | State the term remaining: **11 months** | **KONE**<br>**One Kone Court**<br>**Moline, IL 61265** |
| | List the contract number of any government contract | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Photocopy machine lease** |
| | State the term remaining: **month to month** | **Pacific Office Automation**<br>**4464 Willow Road, Suite 103**<br>**Pleasanton, CA 94588** |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name: **San Francisco Care Center, LP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): **25-30025-DM-11**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Melvin Lee** | **1998 Broadway Street, Apt. #1103**<br>**San Francisco, CA 94109** | **Millstein & Associates** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.2 | **Teresa Wong** | **1035 Van Ness Avenue**<br>**San Francisco, CA 94109**<br>**Codebtor on judgment against Debtor.** | **Vedder Price** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Teresa Wong** | **1035 Van Ness Avenue**<br>**San Francisco, CA 94109**<br>**Co-defendant in litigation filed by creditor** | **Millstein & Associates** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |

Official Form 206H                                                   Schedule H: Your Codebtors                                           Page 1 of 1