SARAH M. STUPPI, CAL. BAR NO. 1030
LAW OFFICES OF STUPPI & STUPPI
1630 North Main Street #332
Walnut Creek, CA 94596
Telephone: (415) 786-4365
Email: Sarah@stuppilaw.com

Counsel to the Debtor and Debtor-In-Poss

**CHANGES MADE BY COURT**

Signed and Filed: February 25, 2025

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SAN FRANCISCO CARE CENTER, LP,<br>a California Limited Partnership,<br><br>Debtor. | Case No. 25-30025-DM-11<br><br>Chapter 11<br><br>ORDER AUTHORIZING EMPLOYMENT OF AVISON YOUNG – NORTHERN CALIFORNIA, LTD. AS REAL ESTATE BROKER<br><br>**(**NO HEARING REQUIRED**)** |

The Court, having considered the *Amended Application for Order Authorizing Employment of Avison Young – Northern California, Ltd. as Real Estate Broker* ("Amended Application") (Docket No. 68) filed by SAN FRANCISCO CARE CENTER, LP, debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case ("Debtor"), the *Amended Declaration of Laef Barnes* (Docket No. 69), and the Declarations of the Co-Brokers requested by the Court (Docket Nos. 75 and 76) filed in support thereof, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor is authorized to employ AVISON YOUNG – NORTHERN CALIFORNIA, LTD. upon the terms and conditions set forth in the Application, Bankruptcy Code § 327 and Federal Rule of Bankruptcy Procedure 2014 (a).

.

-1-

ORDER RE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER

IT IS FURTHER ORDERED that no dual-agency is permitted as to Avison Young – Northern California, Ltd. or its co-brokers, Bridge Real Estate Advisors and Golden Gate Realty, Inc. See *Horiike v. Coldwell Banker Residential Brokerage Co.*, 1 Cal. 5th 1024, 383 P.3d 1094, 210 Cal. Rptr. 3d 1 (2016).

**END OF ORDER**

## COURT SERVICE LIST

**N/A**