**Fill in this information to identify the case:**

Debtor name    **San Francisco Care Center, LP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **25-30025-DM-11**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **D, E/F and H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 12, 2025**     **X** /s/ Teresa Wong
                                                Signature of individual signing on behalf of debtor

                                              **Teresa Wong**
                                              Printed name

                                              **Vice-President, Van Ness Care Center, Inc., Managing Partner**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **San Francisco Care Center, LP**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **25-30025-DM-11**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Lenox Mortgage IX, LLC**<br>Creditor's Name<br><br>**67 Hunt Street**<br>**Agawam, MA 01001**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**02/04/2002**<br>**Last 4 digits of account number**<br>**5342**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**1035 Van Ness Avenue**<br>**San Francisco, CA 94109**<br><br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,744,107.24** | **$30,000,000.00** |
| **2.2** **Vedder Price**<br>Creditor's Name<br><br>**1 Post Street, Suite 2400**<br>**San Francisco, CA 94109**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/2/2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**1035 Van Ness Avenue**<br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$132,655.13** | **$30,000,000.00** |

Debtor **San Francisco Care Center, LP**
Name

Case number (if known)  **25-30025-DM-11**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$18,876,762.37**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **San Francisco Care Center, LP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **25-30025-DM-11**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,529.50** | **$1,529.50**

   **Bonifacio, Elisa A.**
   **1236 Geneva Avenue, Apt. 1**
   **San Francisco, CA 94112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1 thru 1/14/25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**2.2**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,998.75** | **$1,998.75**

   **Chen, Yong X.**
   **106 Lathrop Avenue**
   **San Francisco, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/ thru 1/14/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | San Francisco Care Center, LP | Case number (if known) | 25-30025-DM-11 |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,833.34 | $5,833.34 |
|---|---|---|---|---|

**Han, Mindy**
**96 Athens Street**
**San Francisco, CA 94112-1602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1 thru 1/14/25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.25 | $92.25 |
|---|---|---|---|---|

**Kuang, Mie M.**
**479 4th Avenue**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/ thru 1/14/25**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|

**Lee, Melvin**
**1998 Broadway Street, Apt. 1103**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1 thru 1/14/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.13 | $2,351.13 |
|---|---|---|---|---|

**Lim, Yoon**
**501 Crescent Way, Apt. 5205**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1 to 1/14 2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **San Francisco Care Center, LP**       Case number (if known)   **25-30025-DM-11**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $352.00 |
|---|---|---|---|---|
| | **Tan, Liyun** | Check all that apply. | | |
| | **263 Napleas Street** | ☐ Contingent | | |
| | **San Francisco, CA 94112** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1 thru 1/14/2025** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,460.00 | $1,460.00 |
|---|---|---|---|---|
| | **Tan, Michelle Yue Qiao** | Check all that apply. | | |
| | **126A 26th Avenue** | ☐ Contingent | | |
| | **San Francisco, CA 94118** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1 thru 1/14 2025** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,041.67 | $6,041.67 |
|---|---|---|---|---|
| | **Wong, Freddy** | Check all that apply. | | |
| | **934 Flint Avenue** | ☐ Contingent | | |
| | **Concord, CA 94518** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1 thru 1/14 2025** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,900.00 | $4,900.00 |
|---|---|---|---|---|
| | **Wong, Teresa** | Check all that apply. | | |
| | **1035 Van Ness Avenue** | ☐ Contingent | | |
| | **San Francisco, CA 94109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1 thru 1/14/2025** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case: 25-30025    Doc# 92    Filed: 03/22/25    Entered: 03/22/25 12:10:55    Page 6 of 12

| Debtor | **San Francisco Care Center, LP** | Case number (if known) | **25-30025-DM-11** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $910.00 | $910.00 |
|---|---|---|---|---|

**Wu, Xiuhong**
**16 Francis street**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1 thru 1/14 2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,071.88 | $2,071.88 |
|---|---|---|---|---|

**Yip, Lai Fong**
**31 Whittier Street**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/ thru 1/14/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,250.00 | $6,250.00 |
|---|---|---|---|---|

**Yu, Allen**
**4258 Macedo Place**
**Santa Clara, CA 95054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/ thru 1/14/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.50 | $1,735.50 |
|---|---|---|---|---|

**Yu, Huan J**
**767 29th Avenue**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/ thru 1/14/2025**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | San Francisco Care Center, LP | Case number (if known) | 25-30025-DM-11 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,014.01 | $1,014.01 |
|---|---|---|---|---|
| | **Zhu, Feng Lian**<br>**340 Eddy Street, Apt. 608** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**1/1/ thru 1/14/2025** | Basis for the claim: |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246,666.69 |
|---|---|---|---|
| | **Amy, Luke & Michael Chung**<br>**639 Teresita Boulevard**<br>**San Francisco, CA 94127** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **6/15/2004** | Basis for the claim:  **Loan from limited partner** | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,500.00 |
|---|---|---|---|
| | **Bowblis Economic Consulting, LLC**<br>**P.O. Box 163**<br>**Oxford, OH 45056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Expert Witness Fees** | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,666.69 |
|---|---|---|---|
| | **Connie Y.M. Chan and Alan Chan**<br>**6093 Kolb Ranch Drive**<br>**Pleasanton, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **9/1/2004** | Basis for the claim:  **Loan from limited partner** | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,947.00 |
|---|---|---|---|
| | **D-Scheme Studio**<br>**222 8th Street**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/17/2023** | Basis for the claim:  **Architectural fees** | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,758.99 |
|---|---|---|---|
| | **Farella Braun & Martel, LLP**<br>**One Bush Street**<br>**San Francisco, CA 94104-4415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/12/2024** | Basis for the claim:  **Legal fees** | |
| | Last 4 digits of account number | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

Debtor __**San Francisco Care Center, LP**__    Case number (if known) __**25-30025-DM-11**__
    Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,666.69 |
|---|---|---|---|

**Kitty and Okki Tranggana**
**1280 Roble Road**
**Millbrae, CA 94030**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan from limited partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,665.69 |
|---|---|---|---|

**Kwong C.L. & Christine L.S. Tsui Trust**
**143 Mitchell Avenue**
**South San Francisco, CA 94080**

Date(s) debt was incurred __1/12/2005__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan from limited partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,102.00 |
|---|---|---|---|

**Law Offices of Marc Libarle**
**1388 Sutter Street, Suite 941**
**San Francisco, CA 94109**

Date(s) debt was incurred __1/3/2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,666.69 |
|---|---|---|---|

**Leslie Hui & Mavis Poon**
**4 Belmont Drive**
**Daly City, CA 94015**

Date(s) debt was incurred __9/1/2004__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan from limited partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,333.31 |
|---|---|---|---|

**Luke J. Chung**
**639 Teresita Blvd.**
**San Francisco, CA 94127**

Date(s) debt was incurred __3/5/2005__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan from limited partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,200.07 |
|---|---|---|---|

**Michael Chung**
**639 Teresita Boulevard**
**San Francisco, CA 94127**

Date(s) debt was incurred __3/8/2006__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan from limited partner__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,451.63 |
|---|---|---|---|

**Millstein & Associates**
**100 The Embarcadero, Penthouse Suite**
**San Francisco, CA 94105**

Date(s) debt was incurred __3/13/2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Attorneys' fees__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | San Francisco Care Center, LP | Case number (if known) | 25-30025-DM-11 |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,999.78 |
|---|---|---|---|

**Nails, Gruber & Niece LLP**
**1700 S. El Camino Real, Suite 150**
**San Mateo, CA 94402**

Date(s) debt was incurred  8/1/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554,041.00 |
|---|---|---|---|

**Pasaca Capital, Inc.**
**800 E. Colorado Blvd., Suite 900**
**Pasadena, CA 91101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,600.00 |
|---|---|---|---|

**Paul P.H. Shen & Mazie Shen Living Trust**
**1129 Murchison Drive**
**Millbrae, CA 94030**

Date(s) debt was incurred  2/10/2003

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan from limited partner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,900.00 |
|---|---|---|---|

**Teresa Wong**
**1035 Van Ness Avenue**
**San Francisco, CA 94109**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from limited partner**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,506,396.26 |
|---|---|---|---|

**Van Ness Care Center, Inc.**
**1015 Van Ness Avenue**
**San Francisco, CA 94109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Management fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,457.50 |
|---|---|---|---|

**Zaks, Feedman & Patterson**
**235 Montgomery Street, Suite 400**
**San Francisco, CA 94104**

Date(s) debt was incurred  11/3/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor   **San Francisco Care Center, LP**
         Name

Case number (*if known*)   **25-30025-DM-11**

| | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a.   $   **39,740.03** |
| **5b. Total claims from Part 2** | 5b.   +   $   **7,476,019.99** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $   **7,515,760.02** |

Case: 25-30025    Doc# 92    Filed: 03/22/25    Entered: 03/22/25 12:10:55    Page 11 of
12

**Fill in this information to identify the case:**

Debtor name __**San Francisco Care Center, LP**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) __25-30025-DM-11__

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Melvin Lee** | **1998 Broadway Street, Apt. #1103 San Francisco, CA 94109** | **Millstein & Associates** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.2 | **Melvin Lee** | **1998 Broadway Street, Apt. #1103 San Francisco, CA 94109 Co-obligor on promissory note** | **Pasaca Capital, Inc.** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.3 | **Teresa Wong** | **1035 Van Ness Avenue San Francisco, CA 94109 Codebtor on judgment against Debtor.** | **Vedder Price** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Teresa Wong** | **1035 Van Ness Avenue San Francisco, CA 94109 Co-defendant in litigation filed by creditor** | **Millstein & Associates** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |